UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

ALLINGTOWN FIRE DISTRICT, et al.

CIVIL NO. 3:03CV136 (SRU)

October 9, 2003

## MOTION TO RETAIN CASE ON DOCKET

The court issued a notice indicating that this matter was reported as settled and set a deadline of October 11, 2003 the parties to finalize the matter.

The defendants have indicated to counsel that they have not taken steps to enable the parties to meet this deadline. Accordingly, the plaintiff requests that this court retain this case on the docket pending further notice from the plaintiff as to defendants' performance with respect to the reported agreement.

1

Respectfully submitted:

THE PLAINTIFF,
PETER MASSARO

BY: *Karen Lee Torre*
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first-class mail this 9th day of October, 2003, to:

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

*Karen Lee Torre*
Karen Lee Torre

2