*Treating this document as a motion to extend the deadline for filing settlement papers, it is GRANTED. The deadline is extended for 30 days. So ordered.*

*/s/ Stefan R. Underhill*
*Stefan R. Underhill*
*United States District Judge*
*10/17/03*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

ALLINGTOWN FIRE DISTRICT, et al.

CIVIL NO. 3:03CV136 (SRU)

October 9, 2003

### MOTION TO RETAIN CASE ON DOCKET

The court issued a notice indicating that this matter was reported as settled and set a deadline of October 11, 2003 the parties to finalize the matter.

The defendants have indicated to counsel that they have not taken steps to enable the parties to meet this deadline. Accordingly, the plaintiff requests that this court retain this case on the docket pending further notice from the plaintiff as to defendants' performance with respect to the reported agreement.

1