FILED

2003 NOV 10 P 12: 37

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

ALLINGTOWN FIRE DISTRICT, et al.

CIVIL NO. 3:03CV136 (SRU)

November 7, 2003

## MOTION TO RETAIN CASE ON DOCKET

The undersigned counsel for the plaintiff hereby requests that this Court retain this case on its docket.

In support of this motion, the undersigned represents that although this matter was reported as settled by the Chambers of Magistrate Judge William I. Garfinkle, defendants have taken the position that no settlement was reached.

The plaintiff believes that a settlement was in fact agreed to and that defendants are in breach of that agreement. Until this matter can be resolved, this case should not be dismissed.

1

THE PLAINTIFF,
PETER MASSARO

BY: /s/ Karen Lee Torre
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first-class mail this 7th day of November, 2003, to:

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

/s/ Karen Lee Torre
Karen Lee Torre