FILED

2003 NOV 10 P 12: 37

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

ALLINGTOWN FIRE DISTRICT, et al.

CIVIL NO. 3:03CV136 (SRU)

November 7, 2003

## MOTION TO RETAIN CASE ON DOCKET

The undersigned counsel for the plaintiff hereby requests that this Court retain this case on its docket.

In support of this motion, the undersigned represents that although this matter was reported as settled by the Chambers of Magistrate Judge William I. Garfinkle, defendants have taken the position that no settlement was reached.

The plaintiff believes that a settlement was in fact agreed to and that defendants are in breach of that agreement. Until this matter can be resolved, this case should not be dismissed.

1

MOTION GRANTED.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.
2003 DEC 12