**STATUS CONFERENCE HELD**
**DATE:** 3/11/04

(30 min.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

March 11, 2004

5:15 p.m.

CASE NO. **3:03cv136**   **Massaro v Allingtown Fire Dist.**

Robert E. Arnold III
Law Offices of Robert E. Arnold LLC
412 Orange St.
New Haven, CT 06511


Paul J. Dorsi
Donahue & Votto, PC
415 Main St.
West Haven, CT 06516


Karen Lee Torre
51 Elm St.
Ste. 307
New Haven, CT 06510


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK