UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Status of Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 17, 2004

1:30 p.m.

*Held*
*1/2 hour*

CASE NO. **3:03cv136 (SRU)**    **Massaro vs. Allingtown Fire District**

Robert E. Arnold III
Law Offices of Robert E. Arnold LLC
412 Orange St.
New Haven, CT 06511

Paul J. Dorsi
Donahue & Votto, PC
415 Main St.
West Haven, CT 06516

Karen Lee Torre
51 Elm St.
Ste. 307
New Haven, CT 06510

*COUNSEL WILL CALL JUDGE GARFINKEL @ 203-579-5593.

    THANKS.

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK