```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                       DISTRICT OF CONNECTICUT
*********************************
 PETER MASSARO                    *   CIVIL ACTION NO.
                                  *    3:03 CV 0136 (SRU)
           PLAINTIFF
 VS.                              *
 ALLINGTOWN FIRE DISTRICT, ET     *   March ___, 2004
 AL.
           DEFENDANTS             *
*******************************
```

**APPEARANCE**

Please enter the appearance of the undersigned on behalf of all Defendants in the above-captioned matter.

Dated at New Haven, Connecticut, this _____ day of March, 2004.

                                        THE DEFENDANTS,

                            BY: _____
                               Thomas E. Katon
                               Federal Bar No. ct 01565
                               Susman, Duffy & Segaloff, PC
                               55 Whitney Avenue, PO Box 1684
                               New Haven, CT 06507
                               Telephone No. 203-624-9830
                               Facsimile No. 203-562-8430
                               E-mail: tkaton@susmanduffy.com

### **CERTIFICATION**

    This is to certify that a copy of the foregoing was sent this date to:

Karen Lee Torre, Esq.
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Donahue & Votto, PC
415 Main Street
West Haven, CT 06516

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven, CT 06511

                                                                                  _____
                                                                                   Thomas E. Katon

I:\Client A_E\Allingtown Fire District\Massaro P\tek appearance.wpd

2

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505