UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

```
*************************************
 PETER MASSARO              *   CIVIL ACTION NO.
           PLAINTIFF        *   3:03CV00136 (SRU)
                            *
 VS.                        *
 ALLINGTOWN FIRE DISTRICT, ET AL  *   MARCH 18, 2004
                            *
           DEFENDANTS       *
*************************************
```

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time to and including April 14, 2004, pursuant to Fed.R.Civ.P. 6(b) and L.Civ.R. 7(b), to respond to Plaintiff's Motion to Enforce Settlement Agreement (Docket No. 23) filed on February 23, 2004.

In support of this motion, the Defendant states:

1. Defendants' response to Plaintiff's motion was due on or about March 15, 2004;

2. The parties had a Telephonic Status Conference with Judge Underhill on March 11, 2004;

3. During that Status Conference, it was determined that affidavits would need to accompany a response, and the parties and Judge Underhill agreed that additional time would be necessary to obtain the required documentation. At that time, a response date of March 23, 2004 was established;

4. Defendants requires an initial extension of time in order to contact affiants, obtain the necessary information, prepare the affidavits and properly prepare a response. Further, the next regular meeting of the Board of Fire Commissioners is scheduled for April 6, 2004. Matters of

pending litigation must be discussed with the full Board in executive session. Counsel would like to meet with all of the Commissioners in preparation of the response.

Pursuant to Local Rule 7(b)(3), counsel for the Defendant states that Attorney Torre indicated that she objects to any further extension during a March 17, 2004 Conference Call between the parties and Judge Garfinkel.

                                                 THE DEFENDANTS

                                                 _____
Thomas E. Katon
Federal Bar no: ct 01565
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven, CT 06511

                                                                         _____
                                                                         Thomas E. Katon
                                                                         Federal Bar no: ct 01565
                                                                         SUSMAN, DUFFY & SEGALOFF, P.C.
                                                                         55 WHITNEY AVENUE
                                                                         P.O. BOX 1684
                                                                         NEW HAVEN, CT 06507
                                                                         (203) 624-9830

I:\Client A_E\Allingtown Fire District\Massaro P\Motion Enlargement of Time re Response to Mt Compel.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505