**FILED**

2004 MAR 19 P 1:51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PETER MASSARO | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 3:03CV00136 (SRU) |
| | * | |
| VS. | * | |
| ALLINGTOWN FIRE DISTRICT, ET AL | * | MARCH 18, 2004 |
| | * | |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time to and including April 14, 2004, pursuant to Fed.R.Civ.P. 6(b) and L.Civ.R. 7(b), to respond to Plaintiff's Motion to Enforce Settlement Agreement (Docket No. 23) filed on February 23, 2004.

In support of this motion, the Defendant states:

1. Defendants' response to Plaintiff's motion was due on or about March 15, 2004;

2. The parties had a Telephonic Status Conference with Judge Underhill on March 11, 2004;

3. During that Status Conference, it was determined that affidavits would need to accompany a response, and the parties and Judge Underhill agreed that additional time would be necessary to obtain the required documentation. At that time, a response date of March 23, 2004 was established;

4. Defendants requires an initial extension of time in order to contact affiants, obtain the necessary information, prepare the affidavits and properly prepare a response. Further, the next regular meeting of the Board of Fire Commissioners is scheduled for April 6, 2004. Matters of

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O. BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

MOTION GRANTED. SO ORDERED. /s/ Ellen B. Burns, U.S.D.J. 3/23/04