```
                                                      FILED

                                                  2004 APR 14  A 10: 04

                                                  U.S. DISTRICT COURT
              UNITED STATES DISTRICT COURT        BRIDGEPORT, CONN
                       FOR THE
                 DISTRICT OF CONNECTICUT
                      (BRIDGEPORT)
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PETER MASSARO | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 3:03CV00136 (SRU) |
| VS. | * | |
| ALLINGTOWN FIRE DISTRICT, ET AL | * | APRIL 13, 2004 |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' NOTICE OF FILING OF AFFIDAVITS IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants in the above-entitled matter, by their attorney, hereby give notice of the filing of the attached affidavits by Charles M. Andreoli, Sr., Clement A. Diana and Louis P. Esposito, Jr., the members of the Allingtown Board of Fire Commissioners.

THE DEFENDANTS

Thomas E. Katon
Federal Bar no: ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, Ct 06507
(203) 624-9830

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, PC
415 Main Street
West Haven, CT 06516

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven, CT 06511

_____
Thomas E. Katon

I:\Client A_E\Allingtown Fire District\Massaro P\notice of filing affidavits.wpd