FILED

2004 APR 30 P 1: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

CIVIL NO. 3:03CV136 (SRU)

ALLINGTOWN FIRE DISTRICT, et al.

April 28, 2004

## MOTION FOR ENLARGEMENT OF TIME

The undersigned counsel respectfully moves this Court for an enlargement of time up to and including May 5, 2004 within which to submit to the Court the requested affidavit in support of plaintiff's Motion for Enforcement of Settlement Agreement. The enlargement is necessary as the undersigned's time has been devoted to preparation for and participation in trial proceedings in Lamorte v. Leonard, Docket No: 3:01-cv-00998 (SRU).

This is the first such motion for enlargement. Attorney Thomas Katon, counsel for the defendants has been contacted regarding this motion and has no objection to the filing of this motion.

*WHEREFORE*, the undersigned counsel respectfully requests that this motion be granted.

1

THE PLAINTIFF,
PETER MASSARO

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first-class mail this 28th day of April, 2004, to:

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven CT 06507


Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

_____
Karen Lee Torre