FILED

2004 APR 30 P 1: 20

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT, CONN

| | |
|---|---|
| PETER MASSARO | : |
| V. | : |
| | CIVIL NO. 3:03CV136 (SRU) |
| ALLINGTOWN FIRE DISTRICT, et al. | |

April 28, 2004

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf form.

THE PLAINTIFF,
PETER MASSARO

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

1

CERTIFICATION

      I hereby certify that a copy of the foregoing was sent via first-class mail this 28th day of April, 2004, to:

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven CT 06507

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

                                                  Karen Lee Torre