FILED
2004 APR 30 P 1: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

ALLINGTOWN FIRE DISTRICT, et al.

CIVIL NO. 3:03CV136 (SRU)

April 28, 2004

## MOTION FOR ENLARGEMENT OF TIME

The undersigned counsel respectfully moves this Court for an enlargement of time up to and including May 5, 2004 within which to submit to the Court the requested affidavit in support of plaintiff's Motion for Enforcement of Settlement Agreement. The enlargement is necessary as the undersigned's time has been devoted to preparation for and participation in trial proceedings in Lamorte v. Leonard, Docket No: 3:01-cv-00998 (SRU).

This is the first such motion for enlargement. Attorney Thomas Katon, counsel for the defendants has been contacted regarding this motion and has no objection to the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

FILED
2004 MAY -3 P 4: 01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MOTION GRANTED.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.
5/3/04

1