```
                                            FILED

                                      2004 MAY 17 P 1: 59

        UNITED STATES DISTRICT COURT      U.S. DISTRICT COURT
            DISTRICT OF CONNECTICUT        BRIDGEPORT, CONN
```

PETER MASSARO                    :

V.                               :

ALLINGTOWN FIRE DISTRICT, et al.     CIVIL NO. 3:03CV136 (SRU)

May 14, 2004

## MOTION FOR ENLARGEMENT OF TIME

The undersigned counsel respectfully moves this Court for an additional enlargement of time up to and including May 21, 2004 within which to submit to the Court the requested affidavit in support of plaintiff's Motion for Enforcement of Settlement Agreement. The undersigned has been unable to meet with the plaintiff for the purpose of reviewing and signing the necessary affidavit due to the press of other obligations including those involved in bringing the matter of Lamorte v. Leonard, No: 3:01-cv-00998 (SRU) to a close without further post-verdict motions and proceedings. The undersigned just concluded today all discussions and paperwork related to that matter.

This is the second motion for enlargement. Attempts to contact defense counsel this date were unsuccessful and thus the undersigned is unable to report their position with respect to this motion.

1

The undersigned counsel has scheduled a meeting with the plaintiff for the coming week for this purpose and will be able to submit the affidavit by Friday, May 21, 2004.

*WHEREFORE*, the undersigned counsel respectfully requests that this motion be granted.

THE PLAINTIFF,
PETER MASSARO

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first-class mail this 14th day of May, 2004, to:

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven CT 06507

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

_____
Karen Lee Torre