```
              UNITED STATES DISTRICT COURT
                      FOR THE
                DISTRICT OF CONNECTICUT
*********************************
PETER MASSARO                    *   CIVIL ACTION NO.
                                 *    3:03 CV 0136 (SRU)
        PLAINTIFF
VS.                              *
ALLINGTOWN FIRE DISTRICT, ET     *   OCTOBER 19, 2004
AL.
        DEFENDANTS               *
*****************************
```

## APPEARANCE

Please enter the appearance of the undersigned on behalf of all Defendants in the above-captioned matter.

Dated at New Haven, Connecticut, this 19th day of October, 2004.

```
                        THE DEFENDANTS,

                BY:     /s/ Jennifer L. Schancupp
                        Jennifer L. Schancupp
                        Federal Bar No. ct 11876
                        Susman, Duffy & Segaloff, PC
                        55 Whitney Avenue, PO Box 1684
                        New Haven, CT 06507
                        Telephone No. 203-624-9830
                        Facsimile No. 203-562-8430
                        E-mail: jschancupp@susmanduffy.com
```

**CERTIFICATION**

    This is to certify that a copy of the foregoing was sent this date to:

Karen Lee Torre, Esq.
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Donahue & Votto, PC
415 Main Street
West Haven, CT 06516

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven, CT 06511

                                                    _____
                                                  Jennifer L. Schancupp

I:\Client A_E\Allingtown Fire District\Massaro P\jls appearance.wpd

2