FILED

2004 DEC -6 P 12: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

ALLINGTOWN FIRE DISTRICT, et al.

CIVIL NO. 3:03CV136 (SRU)

December 1, 2004

### ORDER RE: DISCLOSURE OF MEDICAL RECORDS AND CONFIDENTIALITY

The undersigned counsel for the plaintiff and counsel for non-party witness Tina Burgett and the City of New Haven hereby stipulate upon order of this court to the following in connection with a subpoena served upon said witness which calls for the production, at a deposition to be held on Thursday, December 2, 2004, of certain personnel and medical records maintained by the City of New Haven respecting former employee Elmer Henderson.

1. The said witness shall comply fully with the subpoena.

2. Counsel for the plaintiff agrees to maintain the confidentiality of such records produced, agrees not to disseminate same to any non-party, to reproduce and use such evidence only as necessary to the prosecution of the action and to physically destroy such evidence upon the final conclusion of all proceedings in this action, including any appellate proceedings.

1

FOR THE PLAINTIFF

BY: /s/

KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

FOR TINA BURGETT AND
THE CITY OF NEW HAVEN

BY: /s/

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New haven, CT 06510
Tel.# (203) 946-7970
Fax # (203) 946-7942
Email : mwolak@newhavenct.net
Federal Bar No. ct12681

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first-class mail this 2nd day of December, 2004, to:

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church St., 4th Floor
New Haven CT 06510

_____
Karen Lee Torre

2