FILED

2004 DEC -6 P 1:43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

ALLINGTOWN FIRE DISTRICT, et al.

CIVIL NO. 3:03CV136 (SRU)

December 2, 2004

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that we are unable to produce documents in .pdf form.

THE PLAINTIFF,
PETER MASSARO

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first-class mail this 2nd day of December, 2004, to:

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516


Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church St., 4th Floor
New Haven CT 06510

_____
Karen Lee Torre

2