AO 458 (Rev. 5/85)    Appearance

_____

_____

# United States District Court

_____DISTRICT OF CONNECTICUT_____

## APPEARANCE

**PETER MASSARO**

**VS.**                                               **CASE NUMBER:    3:03CV00136 (SRU)**

**ALLINGTOWN FIRE DISTRICT, ET AL**


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Tina Burgett, Director of Personnel for the City of New Haven and the City of New Haven.


<u>December 1, 2004__</u>                              /s/_____
*Date*                                                                *Signature*

                                                                      <u>Michael A. Wolak, III____</u>_____
                                                                      *Print Name*

                                                                      <u>Ct12681</u>_____
                                                                      *Federal Bar Number*

                                                                      <u>165 Church Street, 4th Floor</u>_____
                                                                      *Address*

                                                                      <u>New Haven</u>          <u>CT</u>_____ <u>06510_</u>
                                                                      *City*                      *State*          *Zip Code*

                                                                      <u>(203) 946-7970</u>_____
                                                                      *Phone Number*

                                                                      <u>(203) 946-7942</u>_____
                                                                      *Fax Number*

                                                                      <u>mwolak@newhavenct.net</u>_____
                                                                      *E-mail*

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing was either hand delivered or mailed, postage prepaid on December 1, 2004 to the following:

Karen Lee Torre, Esq.
51 Elm Street, Suite 307
New Haven, CT  06510

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06516

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven, CT  06516

/s/_____
Michael A. Wolak, III