# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

| | | |
|---|---|---|
| PETER MASSARO, | : | |
| | : | CASE NO: 3:04CV00136(SRU) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLINGTOWN FIRE DISTRICT, ET AL., | : | |
| | : | |
| Defendant. | : | |
| | : | DECEMBER 7, 2004 |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Jerome Sagnella.

| | |
|---|---|
|    December 7, 2004 | /s/ Carolyn W. Kone |
| Date | Signature    Carolyn W. Kone |
| | |
|    Ct06207 | Brenner, Saltzman & Wallman LLP |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
|    (203) 772-2600 | 271 Whitney Avenue |
| Telephone Number | Address |
| | |
|    (203) 562-2098 | New Haven, CT 06511 |
| Fax Number | |
| | |
|    ckone@bswlaw.com | |
| Email Address | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served this 7[h] day of December 2004, by U.S. first class mail, postage prepaid, upon:

Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
163 Church Street, 4th Floor
New Haven, CT  06510

Thomas E. Katon, Esq.
Susman, Duffy & Segalof
P.O. Box 1684
New Haven, CT  06516

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven, CT  06516

                                          /s/ Carolyn W. Kone
                                        Carolyn W. Kone, Esq. (ct06207)