United States District Court
District of Connecticut
FILED AT BRIDGEPORT

12/30/04

Kevin F. Rowe, Clerk
By: Tiffany R. Burash
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PETER MASSARO | * CIVIL ACTION NO. |
| PLAINTIFF | * 3:03CV00136 (SRU) |
| | * |
| VS. | * |
| ALLINGTOWN FIRE DISTRICT, ET AL | * DECEMBER 30, 2004 |
| | * |
| DEFENDANTS | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time regarding all deadlines, as follows:

1.  All discovery will be completed by February 28, 2005;

2.  Dispositive motions will be filed by April 1, 2005;

3.  Joint trial memorandum will be filed by May 1, 2005, or thirty days after this Court rules on any summary judgment motion filed by the defendants, whichever is later;

4.  Case will be ready for trial by June 1, 2005, or thirty days after the joint trial memorandum is filed, whichever is later.

In support of this motion, defendants state:

1.  The Report of Parties Planning Meeting set a deadline of February 28, 2004 for the completion of discovery, including depositions of fact witnesses.

2. A settlement conference was held in this matter on June 25, 2004, at which time Judge Garfinkel set new deadlines, including a discovery deadline of December 31, 2004 and dispositive motion deadline of February 1, 2005.

3. Plaintiff's counsel noticed the depositions of two of the individual named defendants in this action for December 16, 2004. Due to ongoing issues involving written discovery, plaintiff's counsel continued those depositions to a later, as yet unscheduled date.

4. Defense counsel noticed the deposition of the plaintiff for December 22, 2004. Plaintiff's counsel notified defense counsel by facsimile transmission on December 21, 2004 that the deposition of her client would need to be rescheduled to a later date.

5. Defense counsel noticed the deposition of the keeper of records of American Medical Response, one of plaintiff's employers, for December 30, 2004. By letter dated December 23, 2004, plaintiff's counsel notified defense counsel that she would be unavailable for said deposition and requested that it be rescheduled for a later date. Plaintiff's counsel further informed defense counsel that she would be away until January 7, 2005.

Defense counsel requires this extension of time in order to conduct depositions of the plaintiff and the keeper of records of American Medical Response.

Based on the foregoing, Defendants assert that good cause exists for the enlargement of time as requested herein.

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O. BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

Pursuant to Local Rule 9, counsel for the Defendants states that they were unable to ascertain the position of opposing counsel concerning this motion. Counsel further states that this is the Defendants' first request for an enlargement of time as to discovery deadlines in this matter.

THE DEFENDANTS

Thomas E. Katon
Federal Bar no: ct 01565
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

Michael A. Wolak, III, Esq.
Office Of Corporation Counsel
City Of New Haven
165 Church St., 4th Floor
New Haven, CT 06510

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746

_____
Thomas E. Katon

I:\Client A-B\Allingtown Fire District\Massaro P\Pleadings\motion enlarge time deadlines.wpd

4