UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

```
******************************
 PETER MASSARO              *   CIVIL ACTION NO.
              PLAINTIFF     *   3:03CV00136 (SRU)
                            *
 VS.                        *
 ALLINGTOWN FIRE DISTRICT, ET AL  *   FEBRUARY 24, 2005
                            *
              DEFENDANTS    *
******************************
```

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time regarding all deadlines, as follows:

1. All discovery will be completed by April 30, 2005;

2. Dispositive motions will be filed by June 1, 2005;

3. Joint trial memorandum will be filed by July 1, 2005, or thirty days after this Court rules on any summary judgment motion filed by the defendants, whichever is later;

4. Case will be ready for trial by August 1, 2005, or thirty days after the joint trial memorandum is filed, whichever is later.

In support of this motion, defendants state:

1. The Report of Parties Planning Meeting set a deadline of February 28, 2004 for the completion of discovery, including depositions of fact witnesses.

2. A settlement conference was held in this matter on June 25, 2004, at which time Judge Garfinkel set new deadlines, including a discovery deadline of December 31, 2004 and

dispositive motion deadline of February 1, 2005.

    3.    By motion dated December 30, 2004, plaintiff's counsel sought to extend the foregoing deadlines, including extending the discovery deadline to February 28, 2005. This motion was granted.

    4.    Defense counsel contacted plaintiff's counsel in order to find out an agreeable date for the Plaintiff's deposition. After getting no response, defense counsel noticed the deposition of the Plaintiff for February 28, 2005. Plaintiff's counsel's office subsequently notified defense counsel that plaintiff's counsel would be out of the office from February 23, 2005 through March 2, 2005 and would not be available for depositions until March 7, 2005 or later.

    5.    Defense counsel noticed the deposition of the keeper of records of American Medical Response, one of plaintiff's employers, for February 17, 2005. At the request of American Medical Response, the deposition was rescheduled for February 24, 2005 at 11:00 a.m.. Despite being served with a subpoena, American Medical Response did not appear for this morning's deposition and it will need to be re- noticed for a later date.

    6.    Although plaintiff's counsel had previously noticed the depositions of two of the individually named defendants for December, 2004, to date, their depositions have not been re-noticed.

Defense counsel requires this extension of time in order to conduct depositions of the plaintiff and the keeper of records of American Medical Response.

Based on the foregoing, Defendants assert that good cause exists for the enlargement of time as requested herein.

Pursuant to Local Rule 9, counsel for the Defendants states that they were unable to ascertain the position of opposing counsel concerning this motion. Counsel further states that this is the

Defendants' second request for an enlargement of time as to discovery deadlines in this matter.

THE DEFENDANTS

_____
Jennifer L. Schancupp
Federal Bar no: ct 11876
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

## CERTIFICATION

   This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

Michael A. Wolak, III, Esq.
Office Of Corporation Counsel
City Of New Haven
165 Church St., 4th Floor
New Haven, CT 06510

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746

_____
Jennifer L. Schancupp

I:\Client A-B\Allingtown Fire District\Massaro P\Pleadings\motion enlarge time deadlines 02 24 05.wpd