UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

```
****************************************
PETER MASSARO                *    CIVIL ACTION NO.
            PLAINTIFF        *    3:03CV00136 (SRU)
                             *
VS.                          *
ALLINGTOWN FIRE DISTRICT, ET AL  *  APRIL 29, 2005
                             *
            DEFENDANTS       *
****************************************
```

## MOTION FOR ENLARGEMENT OF TIME

Defendants in the above-entitled matter by their attorney move for an enlargement of time regarding all deadlines, as follows:

1. All discovery will be completed by May 31, 2005;

2. Dispositive motions will be filed by July 1, 2005;

3. Joint trial memorandum will be filed by August 1, 2005, or thirty days after this Court rules on any summary judgment motion filed by the defendants, whichever is later;

4. Case will be ready for trial by September 1, 2005, or thirty days after the joint trial memorandum is filed, whichever is later.

In support of this motion, defendants state:

1. The current deadline for completing discovery is April 30, 2005.

2. Defense counsel has contacted Plaintiff's counsel on numerous occasions in order to find out an agreeable date for the plaintiff's deposition. Recently, Plaintiff's counsel's office advised defense counsel of numerous dates in the middle of May that both she and her client will be

available. Prior to that date, Plaintiff's counsel advised that she would be in the midst of trial preparations.

    3.    Although Plaintiff's counsel had previously noticed the depositions of two of the individually named Defendants, to date, their depositions have not been re- noticed.

Defense counsel requires this extension of time in order to conduct deposition of the Plaintiff at a time mutually convenient to counsel for the parties. Plaintiff's counsel has also advised that she intends to conduct depositions of some of the Defendants.

Based on the foregoing, Defendants assert that good cause exists for the enlargement of time as requested herein.

Pursuant to Local Rule 9, counsel for the Defendants states that she has spoken to Attorney Karen Torre who has indicated that she supports this motion to extend time. This is the Defendants' third request for an enlargement of time as to the deadlines in this matter.

                                    THE DEFENDANTS

                                    _____
                                    Jennifer L. Schancupp
                                    Federal Bar no: ct 11876
                                    SUSMAN, DUFFY & SEGALOFF, P.C.
                                    55 WHITNEY AVENUE
                                    P.O. BOX 1684
                                    NEW HAVEN, CT 06507
                                    (203) 624-9830

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

2

Paul J. Dorsi, Esq.
Assistant Corporation Counsel
Office of the Corporation Counsel
City of West Haven
355 Main Street
West Haven, CT 06516

Michael A. Wolak, III, Esq.
Office Of Corporation Counsel
City Of New Haven
165 Church St., 4th Floor
New Haven, CT 06510

Carolyn W. Kone, Esq.
Brenner, Saltzman & Wallman
271 Whitney Ave., Po Box 1746
New Haven, CT 06511-1746

                                                         Jennifer L. Schancupp

I:\Client A-B\Allingtown Fire District\Massaro P\Pleadings\motion enlarge time deadlines 04 29 05.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505