UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PETER MASSARO** | : | **CASE NO.: 3:03CV136 (SRU)** |
| | : | |
| **VS.** | : | |
| | : | |
| **ALLINGTOWN FIRE DISTRICT, ET AL.** | : | **JULY 28, 2005** |

### MOTION TO WITHDRAW APPEARANCE OF
### MICHAEL A. WOLAK, III

Undersigned counsel, pursuant to FRCVP 7 and D. Conn. L. Civ. R. 7(e) moves to withdraw his Appearance in the above-captioned matter.  Undersigned counsel, who is an Assistant Corporation Counsel for the City of New Haven, filed his Appearance in this matter only for the purposes of filing a motion with respect to, and so that he could be in attendance at, the deposition of Tina Burgett, Director of Personnel for the City of New Haven, which was noticed by the plaintiff.  Neither Ms. Burgett, an employee of the City of New Haven, nor the City of New Haven is a party in the above captioned matter, and with Ms. Burgett's deposition having been now taken, there is no reason for the Appearance of undersigned counsel to remain in this case.

**ORAL ARGUMENT NOT REQUESTED**

                                      THE CITY OF NEW HAVEN

                           By:_____
                                  Michael A. Wolak, III
                                  Assistant Corporation Counsel
                                  City of New Haven
                                  165 Church Street, 4th Floor
                                  New Haven, CT 06510
                                  Tel. # (203) 946-7970
                                  Fax # (203) 946-7942
                                  Email : mwolak@newhavenct.net
                                  Federal Bar No. ct12681


## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing Motion to Withdraw Appearance was mailed, postage prepaid, this 28th day of July 2005 to:

| | |
|---|---|
| Karen Lee Torre, Esq.<br>51 Elm Street, Suite 307<br>New Haven, CT  06510 | Paul J. Dorsi, Esq.<br>Donahue, Votto & DeGennaro, P.C.<br>415 Main Street<br>West Haven, CT 06516 |
| Thomas E. Katon, Esq.<br>Jennifer L. Schancupp, Esq.<br>Susman, Duffy & Segaloff<br>P O Box 1684<br>New Haven, CT 06516 | Carolyn W. Kone, Esq.<br>Brenner Saltzman & Wallman LLP<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT  06507-1746 |

                                  _____
                                  Michael A. Wolak, III