## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT


**PETER MASSARO**

      **v.**                                        **3:03CV136 (SRU)**

**ALLINGTOWN FIRE DISTRICT, ET AL.**

### TRANSFER ORDER

    The above-identified case is hereby transferred to the docket of <u>Hon. Ellen B. Burns, U.S.D.J.</u>, for all purposes.

    All future pleadings or documents in this matter should be filed with the Clerk's Office in <u>New Haven</u> and bear the docket number <u>3:03CV136 (EBB)</u>. Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled.  [See Local Rule 3(a) (formerly Local Rule 7(a))].

    IT IS SO ORDERED.

    Dated at Bridgeport, Connecticut, this 14th day of November, 2005.

                             <u>/s/ Stefan R. Underhill</u>
                             Stefan R. Underhill
                             United States District Judge