UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
PETER MASSARO                    :
        v.                       :    NO. 3:03CV136(EBB)
ALLINGTOWN FIRE DISTRICT, ET AL  :
```

O R D E R

The Joint Trial Memorandum is to be submitted to the court on or before January 15, 2006, along with Proposed Voir Dire Questions.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ____ day of November, 2005.