UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

*****************************

| | |
|---|---|
| PETER MASSARO | CIVIL ACTION NO. |
| PLAINTIFF | 3:03CV00136 (EBB) |
| VS. | |
| ALLINGTOWN FIRE DISTRICT, ET AL | FEBRUARY 6, 2006 |
| DEFENDANTS | |

*****************************

## MOTION TO DISMISS

Defendants in the above-entitled matter, by their attorney, move to dismiss the Plaintiff's complaint, in its entirety, for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, as more fully explained in the supporting memorandum of law submitted herewith.

THE DEFENDANTS

Jennifer L. Schancupp
Federal Bar no: ct 11876
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Donahue, Votto and DeGennaro PC
415 Main Street
West Haven, CT 06516

Jennifer L. Schancupp

I:\Client A-B\Allingtown Fire District\Massaro P\Pleadings\motion to dismiss 02 06 06.wpd