UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PETER MASSARO | * | CIVIL ACTION NO. |
| | * | 3:03 CV 0136 (EBB) |
| PLAINTIFF | | |
| VS. | * | |
| ALLINGTOWN FIRE DISTRICT, ET AL. | * | FEBRUARY 8, 2006 |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' PROPOSED VOIR DIRE

1. Are you, any member of your family or any of your close friends involved in fire fighting, police work or emergency medical assistance work?

    If so, please specify the relationship, the nature of the work performed, and the types of experiences you, family members or close friends have had with management.

2. What are your views of fire fighters?

3. Will you be able to treat both sides fairly despite the fact that this case involves claims by a lieutenant in the fire department against the fire district that employs him?

4. Do you, any member of your family or any of your close friends serve on any local town or city government body or commission?

    If so, please specify the type of board or commission served on and the dates of service.

5. Would you be inclined to give greater weight or less weight to what an elected official or appointed official says simply because he holds elective or appointed office?

6. Does the fact that the plaintiff's claim is against members of a local board of commission cause you any concern regarding your ability to be fair and impartial to both sides?

7. Do you, any of your family members or close friends reside in the City of West Haven?

8. Do you, any of your family members or close friends reside in the Allingtown Fire District in

       West Haven?

9. Have you developed any feelings or opinions one way or the other on the manner in which fire services are delivered in the Town of West Haven?

10. Have you developed any feelings or opinions one way or the other on the manner in which fire services are delivered in the Allingtown Fire District?

11. The claims made in this case, i.e,., that an employee of the fire department alleges that racial discrimination played a role in the selection of the Fire Chief of the Allingtown Fire District in June, 2001, received extensive coverage in the local press and news media, including the New Haven Register and WTNH. Have you read any of the news reports or viewed any of the television coverage?

       If so, has this affected your views on the case?

       If so, do you believe that you are pre disposed to favor one side over the other in this case?

12. Do you feel that you have ever been discriminated against in the workplace? If so, please explain.

13. Do you have any family members or close friends who have ever been discriminated against in the workplace? If so, please explain.

14. What are your feelings or opinions about workplace discrimination?

15. Do you consider yourself to be a member of a minority group?

16. Have you or your family or close friends ever benefitted from or been adversely affected by an affirmative action program? If so, please explain.

17. What are your thoughts or feelings about affirmative action programs?

18. Would you give greater weight to the statements of an employer simply because he is the employer?

19. Would you tend to give greater weight to the statements of the employee simply because he is the employee?

20. Have you or your family or friends been the victims of any racial of ethnic jokes, slurs or insults at the workplace? If so, please explain.

21. What are your feelings about racial or ethnic jokes, slurs or insults at the workplace?

THE DEFENDANTS

*/s/ Jennifer L. Schancupp*
Jennifer L. Schancupp
Federal Bar No. ct 11876
Susman, Duffy & Segaloff, PC
55 Whitney Avenue, PO Box 1684
New Haven, CT 06507
Telephone No. 203-624-9830
Facsimile No. 203-562-8430
E-mail: jschancupp@susmanduffy.com

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date, first class mail, postage prepaid to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Ct 06510

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, PC
415 Main Street
West Haven, CT 06516

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven, CT 06511

_____
Jennifer L. Schancupp

I:\Client A-B\Allingtown Fire District\Massaro P\Trial\Defendant's Proposed Voire Dire.wpd

4