UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO              :
                           :
V.                         :
                                CIVIL NO. 3:03CV136 (EBB)
ALLINGTOWN FIRE DISTRICT, et al.

March 1, 2006

**MOTION FOR ENLARGEMENT OF TIME**

  The undersigned counsel respectfully moves this Court for an enlargement of time up to and including March 11, 2006 within which to respond to the defendants' Motion to Dismiss. In support of the motion, plaintiff represents that undersigned counsel has been out of the country on vacation and needs additional time to research and respond to the motion.

  Undersigned counsel represents that her office attempted to contact Attorney Thomas Katon, counsel for the defendants, but was unable to ascertain his position. This is the first motion for enlargement for this purpose.

  *WHEREFORE*, the undersigned counsel respectfully requests that this motion be granted.

                    THE PLAINTIFF,
                    PETER MASSARO

BY:_____
    KAREN LEE TORRE
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, Connecticut 06510
    Tel. (203) 865-5541
    Fax: (203) 865-4844

    His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first-class mail this 2nd day of March, 2006, to:

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven CT 06507


Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516


                    _____
                    Karen Lee Torre