UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

ALLINGTOWN FIRE DISTRICT, et al.

CIVIL NO. 3:03CV136 (EBB)

March 13, 2006

## MOTION FOR FOUR-DAY ENLARGEMENT OF TIME

The undersigned counsel respectfully moves this Court for a four-day enlargement of time up to and including March 17, 2006 within which to respond to the defendants' Motion to Dismiss. In support of the motion, undersigned counsel represents that she has been ill and has been unable to complete a number of tasks and obligations, and accordingly needs additional time to prepare an opposition for defendant's motion.

This is the second request for an extension of time for this purpose.

Undersigned counsel represents that her office telephoned the offices of defense counsel but was unable to reach either Attorney Thomas Katon or Jennifer Shancupp as both were out of the office. The undersigned's office left a message on Mr. Katon's voice mail. Accordingly, the undersigned is unable to report defendants' position respecting this motion.

*WHEREFORE*, the undersigned counsel respectfully requests that this motion be granted.

                    THE PLAINTIFF,
                    PETER MASSARO


BY:_____
   KAREN LEE TORRE
   Fed. Bar No. ct01707
   Law Offices of Karen Lee Torre
   51 Elm Street, Suite 307
   New Haven, Connecticut 06510
   Tel. (203) 865-5541
   Fax: (203) 865-4844

   His Attorney

## CERTIFICATION

     I hereby certify that a copy of the foregoing was sent via first-class mail this 13th day of March, 2006, to:

Thomas E. Katon, Esq.
Jennifer Shancupp, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven CT 06507


Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516


          _____
          Karen Lee Torre