UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO         :
                      :
V.                    :
                      :   CIVIL NO. 3:03CV136 (EBB)
ALLINGTOWN FIRE DISTRICT, et al.

March 17, 2006

**MOTION FOR ENLARGEMENT OF TIME**

The undersigned counsel respectfully moves this Court for a seven-day enlargement of time up to and including March 24, 2006 within which to respond to the defendants' Motion to Dismiss. In support of the motion, undersigned counsel represents that the requested enlargement is needed as her time at present is being consumed entirely by research and writing of two post-judgment briefs due to this court on Monday in the matter of Tolnay v. Wearing, 3:02-CV-1514 (EBB). The undersigned is a solo practitioner and thus is without a partner or associate to whom she can delegate such tasks.

Undersigned counsel represents that her office telephoned the offices of defense counsel but was unable to reach either Attorney Thomas Katon or Jennifer Shancupp as both were out of the office. The undersigned's office left a message on Mr. Katon's voice mail. Accordingly, the undersigned is unable to report defendants' position respecting this motion. This is the third request for an extension of time for this purpose.

*WHEREFORE*, the undersigned counsel respectfully requests that this motion be granted.

        THE PLAINTIFF,
        PETER MASSARO


BY:_____
    KAREN LEE TORRE
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, Connecticut 06510
    Tel. (203) 865-5541
    Fax: (203) 865-4844

His Attorney

## CERTIFICATION

      I hereby certify that a copy of the foregoing was sent via first-class mail this 17th day of March, 2006, to:

Thomas E. Katon, Esq.
Jennifer Shancupp, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven CT 06507


Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516


_____
Karen Lee Torre