UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER MASSARO

V.

ALLINGTOWN FIRE DISTRICT, et al.

CIVIL NO.  3:03CV136 (EBB)

March 24, 2006

**MOTION FOR ONE-DAY ENLARGEMENT OF TIME**

The undersigned counsel respectfully moves this Court for a one-day enlargement of time up to and including Monday, March 27, 2006 within which to respond to the defendants' Motion to Dismiss.  In support hereof, the undersigned states that her opposition brief has been drafted but the undersigned did not have time to proof, edit and finalize it for filing as a development in the case of Tolnay v. Wearing, #3:02CV1514 (EBB), caused her to have to divert her time and attention to the matters which were the subject of the teleconference between counsel and court in that matter today.  In the wake of the conference in Tolnay, the undersigned's time was needed for the purpose of preparing and attending to the service of subpoenas and consultations with client and co-counsel.

The undersigned represents that she telephoned attorneys Jennifer Shancupp and Thomas Katon but neither were available and the undersigned left a voice mail message for Attorney Shancupp.  Thus, their position cannot be reported.  The undersigned further represents that this is the fourth request for an enlargement in respect to this matter.

*WHEREFORE*, the undersigned counsel respectfully requests that this motion be granted.

        THE PLAINTIFF,
        PETER MASSARO

BY:_____
    KAREN LEE TORRE
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, Connecticut 06510
    Tel. (203) 865-5541
    Fax: (203) 865-4844

    His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first-class mail this 24th day of March, 2006, to:

Thomas E. Katon, Esq.
Jennifer Shancupp, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven CT 06507

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, P.C.
415 Main Street
West Haven CT 06516

_____
Karen Lee Torre

2