UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*****************************************
PETER MASSARO                    *   CIVIL ACTION NO.
            PLAINTIFF            *   3:03CV00136 (EBB)
                                 *
VS.                              *
ALLINGTOWN FIRE DISTRICT, ET AL  *   APRIL 6, 2006
                                 *
            DEFENDANTS           *
*****************************************
```

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSE TO REPLY TO MOTION TO DISMISS

Defendants in the above-entitled matter by their attorney move for an enlargement of time to and including April 17, 2006, pursuant to Fed.R.Civ.P. 6(b) and L.Civ.R. 7(b), to respond to the Plaintiff's Reply in Opposition to the Motion to Dismiss. Plaintiff's reply brief was filed on March 27, 2006 after multiple extensions of time. Defendants' response to Plaintiff's reply is due on April 10, 2006. The additional time is sought to adequately address the issues raised in Plaintiff's reply.

Counsel for the Defendants states that she has contacted Attorney Torre who has indicated that she has no objection to this motion.

THE DEFENDANTS

Jennifer L. Schancupp
Federal Bar no: ct 11876
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Donahue, Votto and DeGennaro PC
415 Main Street
West Haven, CT 06516

                                                   Jennifer L. Schancupp

C:\Documents and Settings\betsym\Local Settings\Temporary Internet Files\OLK42\Motion Enlargement of Time re Response to Reply Brief 04 06 06.wpd

2