

# Allingtown Fire District

COMMISSIONERS

LOUIS P. ESPOSITO, JR.
(CHAIRMAN)

CHARLES M. ANDREOLI, SR.
(SECRETARY)

CLEMENT A. DIANA
(TREASURER)

ELMER HENDERSON, JR.
CHIEF OF DEPARTMENT

VICTOR J. SAMPIETRO
DEPUTY CHIEF / FIRE MARSHAL

I am the person in charge of the records for the Allingtown Fire District, and the custodian thereof.

I hereby certify:

1. That the attached is a true and accurate copy of the Allingtown Fire District Rules and Regulations, as adopted on March 15, 1977, which have not been rescinded or further modified in any way whatsoever;

2. That these Rules and Regulations are published and issued by the Allingtown Fire District to members of the Fire Department;

3. That these Rules and Regulations were made and maintained in the regular course of business by the Allingtown Fire District;

4. That it is the regular course of business of the Allingtown Fire District to make and maintain such records.

Deborah Brooks
Keeper of Records

Dated this 12th day of April, 2006.

20 ADMIRAL STREET - P.O. BOX 26095 - WEST HAVEN, CT 06516-0960 - TEL. 203-933-2541 - FAX 203-933-5419
*Install, Maintain and Use Smoke Detectors*

# ALLINGTOWN FIRE DISTRICT

## West Haven, Connecticut

Rules and Regulations

March 15, 1977

ALLINGTOWN FIRE DISTRICT

WEST HAVEN, CONNECTICUT

RULES AND REGULATIONS

PAID PERSONNEL

The following Rules and Regulations are prescribed by the Board of Fire Commissioners for the government of the Allingtown Fire District, subject however, to such additions, amendments or revocations as the good of the service may require.

These Rules and Regulations are for the Paid, and Substitue Personnel of the Department only. Any paid personnel, who are also Members of a Volunteer Company, shall also obey the Rules and By-Laws of his Company.

X    All Rules and Regulations issued prior to this date are hereby revoked, X together with all instructions and orders heretofore issued that in any way conflict with these Rules and Regulations.

Violations of any of the Rules and Regulations contained herein subject all personnel of the Allingtown Fire District to the penalties as prescribed herein.

As amendments to the Rules and Regulations become necessary, official notice will be issued by the order of the Chief or Board of Fire Comissioners.

—1—

All members of the Department are hereby directed to make themselves thoroughly familiar with these Rules and Regulations and all general or special orders.

—2—

## FOREWORD

All Members of the Department are hereby directed to make themselves thoroughly acquainted with the Rules and Regulations and all general and special orders, which may be issued from time to time. Ignorance thereof will not be considered an excuse for non-compliance with them. A strict observance of all rules, regulations and orders is insisted upon. Failure on the part of any Officer to report violations of them, promptly and in such manner as is designated, shall be considered neglect of duty.

In addition to their duties as set forth, members of the Department shall perform such other duties as may be required of them by their superior Officers. These Rules and Regulations are not intended to cover every case that may arise in the discharge of their duties. Something must necessarily be left to the intelligence and discretion of individuals and according to the degree in which they show themselves possessed of these qualities, and to their zeal, activity, and judgement on all occasions, will be their claim for future promotion.

Each member of the Department when appointed shall meet all requirements for employment as set forth by the Board of Fire Commissioners.

He shall sign and file with the Chief, the following agreement before he is accepted as a Member of the Department: "I hereby acknowledge receipt of a copy of the Rules and Regulations governing the Allingtown Fire District, and I hereby agree that I will, at all times, during my period of service in the Allingtown Fire District, support the Constitution of the United States, all Laws of the State of Connecticut, all ordinances of the City of West Haven, Conn. and obey all rules, Regulations and Orders of the Allingtown fire District and will discharge my duties as a member of said District according to the best of my ability.

Grade "C" firemen will serve a probationary period of one year. Upon successful completion of this probationary period he shall serve an additional period of 18 months as a grade "B" fire-fighter, after which he shall be advanced to grade "A" status.

No person shall, either directly or indirectly, pay, render or give any money, service or other valuable thing to any person for or on account of or in connection with any test, appointment, promotion or removal in which he is concerned. Any person who by himself or with others willfully or corruptly violates any of the provisions of this section shall be subject to discharge from the Department.

> BOARD OF FIRE COMMISSIONERS
> ALLINGTOWN FIRE DISTRICT
> West Haven, Connecticut

ARTICLE I

## BOARD OF FIRE COMMISSIONERS

SECTION 1. POWERS AND DUTIES. The Board of Fire Commissioners in addition to the duties imposed by the Charter and Ordinances of the City of West Haven and the Statutes of the State of Connecticut shall have the following powers and duties.

(A) To hold examinations for all original appointments and, whenever determined to be practicable in accordance with the provisions of the Statutes, for promotions in the classified service; and such examinations shall be restricted to persons reasonably qualified to perform the duties of the position.

(B) To maintain eligible lists based on such examinations for each class or position in the classified service and whenever a vacancy is to be filled to certify the names on the eligible list applicable to the position concerned, they shall certify the names of all persons on such list and no appointment shall be made except from such list.

(C) To authorize in writing temporary appointments to vacancies in positions for which there is no eligible list.

(D) To prepare and recommend rules to carry out the provisions of this chapter.

(E) To maintain classification and pay plans based on the duties, authority and responsibility of positions in the Department of Fire Service.

(F) To maintain a roster of all persons in the Fire Service, in which there shall be set forth as to each Officer and employee (1) the class title of the position held, (2) the salary or pay, (3) any changes in class title, pay or status, and (4) such other data as may be deemed desirable or useful to produce significant facts pertaining to personnel administration.

(G) To assist in developing of training and education for persons in the Fire Service.

SECTION 2. RULES. The rules adoped in accordance with the provisions of this chapter shall have the force and the effect of the Law. Among other things they shall provide for the method of holding examinations; the method of certifying eligibles for appointment; the establishment, maintenance, consolidation and cancellation of eligible lists; administration of the classification plan and the pay plan and methods of promotion and the application of service ratings thereto; probationary periods of employment; suspensions and dismissals and appeals therefrom; and such other rules as may be necessary to provide an adequate and systematic procedure for handling the personnel affairs of the Fire Department.

SECTION 3. PROMOTIONS. Vacancies in the classified service of the Fire Department shall, as far as practicable, be filled by promotion from lower classes.

SECTION 4. PROHIBITED PRACTICE. No person in the classified service of the Fire Department, shall be appointed, promoted, reduced, removed or in any way favored or discriminated against because of his race, his national origin or his political or religious opinions or affiliations. No person shall willfully or corruptly make any false statement, certificate, mark, rating or report in regard to any test, certification, promotion, reduction, removal or appointment held or made under the provisions of this chapter, or in any manner commit or attempt fraud preventing the impartial execution thereof or of the rules and regulations made in accordance therewith.

## ARTICLE II

SECTION 1. The Allingtown Fire District shall consist of the Fire Chief, the Fire Marshal and such other Officers and employees of such ranks and grades as may be prescribed by The Board of Fire Commissioners. The Allingtown Fire Department shall be responsible for the protection of life and property within the District from fire and for the enforcement of all laws, ordinances and regulations relating to fire prevention and fire safety.

SECTION 2. FIRE CHIEF. The fire chief shall be in direct command of the department. He shall assign all members of the department to their respective posts, shifts, details and duties. He shall, with the approval of the Board of Fire Commissioners, make rules and regulations in conformity with the Ordinances of the City concerning operation of the Department and the conduct of all Officers and employees thereof. He shall be responsible for the efficiency, discipline and good conduct of the Department and for the care and custody of all property used by the Department. Disobedience to the lawful orders of the Chief or to the rules and regulations aforesaid shall be ground for dismissal or for other appropriate disciplinary action.

All members of the Department below the rank of Chief or Deputy Chief and all other employees of the Department are in classified service. All appointments to the Department and all promotions in the classified service shall be made according to merit and fitness to be ascertained as far as practicable by the Board of Fire Commissioners. No member or employees shall be suspended for more than thirty days, reduced in rank or pay, or removed, except after notice in writing of the grounds of the proposed disciplinary action and an opportunity to be heard thereon by the Board of Fire Commissioners at a hearing, and at which time he may be represented by counsel, to be held not less than five nor more than ten days after the service of such notice at a time to be specified therein.

## ARTICLE II

### OFFICER'S DUTIES

1. Assistant Chiefs; The Assistant Chiefs will assist the Chief and the Deputy Chief at all fires.

2. They will be directly responsible for the men on their shift and will

Report of the Deputy Chief: The Chief has on duty, any infractions of the rules that may occur.

3. The Assistant Chief on duty will be the Officer in charge in the absence of either the Chief or the Deputy Chief.

4. The Deputy Chief shall perform the duties of the Chief in his absence.

5. The Deputy Chief shall report in writing to the Chief or Board of Fire Commissioners at once, the name of any Member of the Department guilty of disorderly conduct or violations of the Rules and Regulations of the Department; and damage which their apparatus or any part of it, any equipment or furniture may have sustained or which may have been done by the Company to any property; and accidents to Members of their Companies, stating cause and nature.

6. The Duty Officer shall take full charge at fires at which he is first to arrive, until the arrival of his superior Officer. He shall report in writing any meritorious act by any Members of his Company, with particulars as to date, time, location, risk involved and persons concerned, which reports shall also be entered on the Department records.

7. Captains shall perform the duties of the Chief and Duputy Chiefs in their absence. They shall instruct Lieutenants as to the proper manner in which reports, requisitions and other papers should be made out, see that they become competent to perform such duties as would be required of them if in charge.

8. Lieutenants. The Lieutenant, in the absence of the Captain, shall assume all the duties of the Captain.

9. Engine operators or drivers of pump hose apparatus, shall have charge of the pumper during operations, unless otherwise ordered by his Commanding Officer.

## APPARATUS

1. No apparatus shall be taken away from the station except in cases of an alarm or Company Drill, without the consent of the Chief. The Chief or Commanding Officer shall have the power and authority in case of serious emergency in any city or town, to permit the use of apparatus of the Fire Department in places outside the district.

2. Drivers of fire apparatus, in answering an alarm of fire, shall at all times use proper caution for the safety of the apparatus and men. Apparatus overtaking other apparatus shall not pass same unless it is disabled or the Officer in Command signals to pass, excepting Chief Officer cars. When two or more pieces of apparatus are about to turn into the same street, the apparatus on the right shall have the right of way.

3. Company Officers and operators of all apparatus shall exercise special caution upon approaching street intersections equipped with traffic lights. While returning from alarms of fire, apparatus shall stop when traffic signals are set against them.

1. Each Member of the Department shall give his entire time to the interest of the Fire Department. He shall not engage in any other business for remuneration, without first having notified the Chief as to his place of employment and how he may be reached in the event of an emergency.

2. All Members of the Fire Department shall salute superior Officers at all times, and in the Company houses rise on the entrance of a superior officer, and in their relationship with each other shall observe a courteous demeanor. Officers and Members in addressing each other will do so in a respectful manner. All Members of the Department will be required to address Officers by their respective titles. The term superior officers shall also include members of the Board of Fire Commissioners.

3. Any Member of the Department, when off duty, conducting himself in a manner to bring serious discredit upon the Department, shall be liable to disciplinary action, by the Chief or Deputy Chiefs who shall report to the Board of Fire Commissioners such action as he may have taken in each individual case.

4. Any neglect of duty, disobedience of orders or disregard of Officers shall be liable to disciplinary action by the Chief or Deputy Chiefs who shall report to the Board of Fire Commissioners such action as he may have taken in each individual case.

5. No Officer or Member of the Fire Department shall continue in such position after becoming a candidate for election to any public office.

6. Gambling and the consumption of spiritous or malt liquors shall be prohibited on the apparatus floor. Members of the on-duty shift shall not engage in gambling or the consumption of spiritous or malt beverages during their tour of duty.

7. Members while on duty or in uniform shall not at any time be under the influence of spirituous or intoxicating beverages or drugs.

8. Any member of the Department having charges of intoxication while on duty or in uniform preferred against him and found guilty shall be disciplined by the Board of Fire Commissioners. If found guilty of a second offense of like nature, it may mean automatic dismissal from the Department. Any Member of the Department who causes a false alarm of fire to be transmitted shall be suspended by the Chief and if found guilty by the Board of Fire Commissioners, after a hearing before said Board, shall automatically be dismissed from the Department.

9. No subscription for papers, books or tickets shall be circulated or advertisement solicited under the auspices of any Members of the Department or any association with the Department, for the purpose of soliciting money from the general public without the permission from the Board of Fire Commissioners.

10. If any Member of the Department refuses or neglects to pay any just debt contracted during his connection with the Department or assigns his

by without good and sufficient reason, He shall be subject to suspension or other disciplinary action, by the Board of Fire Commissioners.

11. No Member of the Department shall be permitted to resign while charges of any nature preferred by the Fire Department are pending against him and verbal resignations will not be accepted.

12. The Chief or Deputy Chiefs shall have the power to suspend, for cause, any Member of the Department and shall report such action to the Board of Fire Commissioners.

13. All Officers and any Department member in charge of apparatus who have misdirected apparatus in answering alarms of fire shall make an immediate report to the Chief or Deputy Chief.

14. Only Members of the Department shall ride on any apparatus unless otherwise directed by the Officer in charge.

15. Any Member of the Department having business with the Board of Fire Commissioners shall first receive permission from the Chief, who shall make the necessary appointment. He shall report in uniform unless otherwise directed. Except for disciplinary purposes or strictly personal business, an employee on Department business shall visit the Chief on Department time.

16. The custom of bathing on duty is prohibited. Members shall only be allowed to take baths after returning from fires, or as otherwise allowed by the Officer in charge.

17. Any Member reporting in sick on the day shift must do so before 7:00 A.M. and on the night shift before 3:00 P.M. except in the case of sudden illness.

18. Permission for leave of absence, except in case of emergency, shall be made in writing to the Chief at least 48 hours in advance of leave.

19. Platoons or shifts shall go on duty and be relieved at 8:00 A.M. and 6:00 P.M. daily except as otherwise specified.

20. In case of tardiness or absence without permission, the same shall be noted and report be made immediately to the Chief with the name of the man on the opposite shift held over to cover. If absent without leave, a written report will be made out and sent to the office of the Chief. Failure to report for duty may be punishable by suspension.

21. ABSENT WITHOUT LEAVE. An absence of any employee from duty, including an absence for a single day or part of a day, that is not authorized by a specific grant of leave of absence under the provisions of these rules shall be deemed to be absence without leave. Any such absence shall be without pay and may be subject to disciplinary action. Any employee who absents himself for three consecutive days, or on three separate occasions for less than three days without leave shall be deemed to have resigned. Such action may be reconciled by the Board of Fire Commissioners by a subsequent grant of leave if the conditions warrant.

22. Members must report for duty on time and the shift must be properly

manned before Members of the opposite platoon are released from duty.

23. Members reporting late for duty shall be reported to the Chief. When a Member reports late for duty the second time within a year, he shall report to the Chief, giving reason for tardiness. Except when tardiness is due to extenuating circumstances, a member reporting for duty late three times within a year, shall be suspended one day without pay.

24. Members on duty shall not be permitted to leave premises of their respective stations for any purpose without permission of their Commanding Officer.

25. Members of the night shift may retire to bed at 10:30 P.M. and shall rise at 7:00 A.M. and perform such work as may be required.

26. In case of any runs requiring cleaning of apparatus, equipment or changing of hose, when necessary this work must be done on returning to quarters.

27. In event of the "off-shift" platoon reporting for duty, and finding the platoon to be relieved out at a fire, the platoon reporting shall proceed at once to the fire, where the relief shall be made. If in his judgement, the Commanding Officer deems it necessary to hold both platoons at the fire, he may do so.

28. To prevent overcrowding of apparatus during the changeover period, Company Officers shall designate those Members who are to respond to any alarm of fire. In such instances it shall be the responsibility of the Company Officers, where sufficient number of men are available, to see to it that his Company apparatus is fully manned.

29. Any Member of the Department who is off duty and hears an alarm of fire shall immediately report to the fire ground or headquarters. Failure to do so will be considered neglect of duty.

30. Members shall report to the Chief ways and means whereby they may be reached by telephone. In case of emergency the entire force may be held on duty.

31. A Member shall not be allowed to work in any other Member's place on any shift unless permission is granted by an Officer.

32. In order that there shall be no loss of time in case of emergency, a card index showing name, rank, address and telephone number of every Member of the Company shall be kept in Company quarters.

33. Beds in Company quarters shall not be used by members off duty.

34. Firemen from other stations shall not frequent or loiter around the different stations in the District. This does not mean they cannot visit or enter the different fire houses, but shall not interfere with the work of the men in these stations.

### VISITING HOURS

Houses of the Department shall at all reasonable hours be open for visita-

personally attend to the reception of the visitors. All visitors shall be courteously treated, and any proper information shall be given them. The hour for turning down lights in the different stations shall be 10:30 P.M.

## DESK WATCH

1. A desk watch shall be maintained at the discretion of the Chief, and any regulations pertaining thereto shall be established by the Chief.

2. The Men on watch shall be responsible for the correct receipt of alarm, also all auxiliary system signals and orders. He shall wear the regulation dress shirt, cap and tie and shall be neat in appearance at all times. He shall rise and salute all Officers who enter his station.

3. Upon receipt of alarms of fire, Company Officers must verify the desk watchman's announcement of signal.

4. There shall be no loitering by any Members of the company in or around the watch desk. It shall be the duty of the man on watch to see that this rule is strictly enforced.

5. Before taking over the watch desk, the Member shall find out the disposition of all companies, he shall record all signals and communications on the daily house report, which report shall be kept clean and neat at all times.

6. The wearing of the prescribed uniform and badge while on watch shall be from 8:00 A.M. until 9:00 P.M. unless otherwise ordered by the Chief.

7. Company Officers will be held strictly responsible for the enforcement of these rules.

## UNIFORMS

1. All Members of the Department shall wear the uniform of the Department only while on duty or when going to and from duty between their homes and the quarters of the companies to which they are attached. Members not actually on duty must not use the uniform or any part thereof.

2. Members of the Department, when in uniform are required to visibly wear the Department Badge.

3. When outside of quarters and in uniform, the cap shall be kept straight upon the head, uniform coats shall be kept buttoned, the coat and trousers shall be kept clean and pressed and the shoes polished. The wearer of the uniform shall keep his hands out of his pockets. No civilian attire shall be worn with the uniform. A reasonable time is allowed in whch the uniform may be worn while to and from the station.

4. Members shall be held responsible for the safekeeping, proper use and return of Department uniforms and rubber goods and shall not loan them to any person outside the Department and shall not use them for any but Department purposes under penalty.

5. The purpose of these regulations is Officers and Members of the Department shall at all times, except on platoon off duty or when in performance of necessary labor, appear in proper dress.

6. Fire helmets, coats, and boots shall be worn at all fires.

7. It is the duty and responsibility of company Officers to see that all Members of their respective companies are properly clothed, while going to, at, or returning from fires.

8. Black belts shall be part of the uniform dress.

## SICKNESS AND INJURY

1. When any Member of the Department requires the services of a Department physician, due to injuries received in line of duty, his company Officer shall notify the Chief or Deputy Chief immediately in writing stating the date, time and nature of set injury and any pertinent information relative to the incident.

2. Company Officers shall keep informed as to a Members condition so as to make a report of the case if necessary. A Member on sick leave shall not leave his residence while sick or injured without permission of the attending physician.

3. When any Member of the Department is sick more than two (2) days (not service connected) he must, before returning to duty obtain a written certificate from his doctor to be presented to the Chief, giving description of his sickness, etc.

4. All sick leaves and leaves of absence shall be governed by the Personnel Rules unless otherwise stated.

## REPORTS

1. Written reports shall be sent to the Chief's office for the following:

   Fire Service
   Special leaves of absence
   Sickness
   Injuries to Members
   Damage to Department property
   Damage to other than Department property
   Violations of rules and regulations
   All other reports that may be necessary

All reports shall be filed as close as possible to the time of incidence.

## DUTIES

1. It shall be the duty of the officer in charge of companies to properly instruct each Member in the proper use of all fire tools and equipment used in the department. It shall also be their duty to see that each member of his company is properly trained in all fire evolutions of the department.

—11—

Company drills shall be held every day (the day and night shifts) or any time at the discretion of the company of.

2. The Deputy Chiefs shall be subject to orders of the Chief and shall perform such duties in addition to those prescribed as the Chief may designate from time to time.

7. It shall be the duty of the Chief or Deputy Chiefs to report to the Board of Fire Commissioners, the names of such Officers or Members of the department, if any, who have been suspended or otherwise disciplined by him.

## ARTICLE III

## SUPT. OF MOTOR APPARATUS

1. SUPERINTENDENT OF MOTOR APPARATUS shall have, under the direction of the Chief, general supervision and management of all apparatus and vehicles. He shall make requisition for supplies, appliances, parts, etc., as required and approved by the Chief and keep account of the labor and materials expended on each piece of work done under his direction. The Superintendent or Acting Superintendent shall be responsible for the proper maintenance and good operating condition of apparatus, motor cars and trucks, tools and all other mechanical equipment. He shall be responsible for the Maintenance and operation of the department machine shop and all its facilities.

## ARTICLE IV

## FIRE PREVENTION BUREAU

There shall be in the Department, and under the supervision of the Fire Chief, a Bureau of Fire Prevention. The Fire Marshal shall act as Chief of Fire Prevention. The Fire Chief shall from time to time detail such other officers or members of the Department of Fire Service as he deems necessary to be inspectors for such Bureau.

POWERS AND DUTIES GENERALLY. It shall be the duty of the Chief and the Inspectors of the Bureau of fire Prevention to enforce all provisions of the code and Ordinances of the District Pertaining to:

1. The prevention of fires.

2. The storage and use of explosives and inflammables.

3. The installation and maintenance of automatic and other private fire alarm systems and of all fire extinguishing equipment.

4. The maintenance and regulation of fire escapes, fire doors and other fire safety devices.

5. The adequacy of the means of exit in case of fire from factories, schools, hotels, lodging houses, tenement houses, asylums, hospitals, churches, halls, theatres, amphitheatres and all other places in which

—12—

numbers of persons, work, live or congregate for any purpose.

6. The investigation of the cause, origin and circumstances of fires.

The Chief may delegate to the Fire Marshal and the inspectors of the Bureau of Fire Prevention any powers and duties conferred upon him by the code or Ordinances of the City relating to the making of tests and inspections, and the approval of structures, appliances, devices, installations and equipment and may delegate to the Chief of the Bureau of Fire Prevention any powers and duties conferred upon him as to the approval of applications for licenses and permits.

## VIOLATION OF RULES AND REGULATIONS

Any Member of the Department who shall violate any rules or regulations of the Department or who shall be guilty of any offenses named below shall, at the discretion of the Board of Fire Commissioners, be subject to censure, reprimand, discharge from the service, suspension, reduction of grade and pay, or any two or more of such penalties.

- Careless driving
- Inefficiency or incapacity in the service
- Neglect of duty
- Intoxication or disorderly conduct
- Making a false report officially or concerning the personal character or conduct of a Member of the Department
- Neglect or refusal to obey orders of a superior Officer
- Violating those rules or any that may be herein adopted, or disobeying any order or direction of the Chief or any other superior Officers.