UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

```
*************************************
PETER MASSARO                        *   CIVIL ACTION NO.
              PLAINTIFF              *   3:03CV00136 (EBB)
                                     *
VS.                                  *
ALLINGTOWN FIRE DISTRICT, ET AL      *   APRIL 17, 2006
                                     *
              DEFENDANTS             *
*************************************
```

### MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO MOTION FOR ORDER OF PAYMENT OF ATTORNEY'S FEES

Defendants in the above-entitled matter by their attorney move for an enlargement of time to and including April 21, 2006, pursuant to Fed.R.Civ.P. 6(b) and L.Civ.R. 7(b), to respond to the Plaintiff's Motion for Order of Payment of Attorney's Fees. Plaintiff's motion was filed on March 27, 2006. Defendants' response to Plaintiff's motion is due on April 17, 2006. The additional time is sought to adequately address the issues raised in Plaintiff's motion.

Counsel for the Defendants states that she has attempted to contact Attorney Torre but was unable to reach her to ascertain her position on this motion for extension.

THE DEFENDANTS

Jennifer L. Schancupp
Federal Bar no: ct 11876
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Donahue, Votto and DeGennaro PC
415 Main Street
West Haven, CT 06516

                                                            */s/ Jennifer L. Schancupp*
                                                            Jennifer L. Schancupp

I:\Client A-B\Allingtown Fire District\Massaro P\Pleadings\Motion Enlargement of Time re obj to motion for atty fees.wpd

2

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O. BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203) 624-9830 • JURIS NUMBER 62505