# SUSMAN, DUFFY & SEGALOFF, P.C.

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
PETER G. KRUZYNSKI

JENNIFER L. SCHANCUPP
KAREN BALDWIN KRAVETZ
STEPHANIE S. BAIER
JESSE A. LANGER
MEGHAN K. GALLAGHER

ATTORNEYS AT LAW
55 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510-1300

PLEASE REPLY TO:
P.O. BOX 1684
NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

writer's e-mail address: jschancupp@susmanduffy.com

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

February 7, 2006

**Via Facsimile 865-4844**

Karen Lee Torre, Esq.
51 Elm Street
New Haven, CT 06510

    Re: <u>Allingtown Fire District / Peter Massaro</u>

Dear Karen:

    I received a call from a law clerk to Judge Burns this morning inquiring as to whether or not the joint trial memo on this case would be forthcoming. She indicated that she would also be calling you. She particularly emphasized the need to file the proposed voir dire questions as quickly as possible. As I have not received anything from you, I have drafted the enclosed voir dire questions. Please review and let me know if acceptable, so that we can get these filed today.

                          Very truly yours,

                          Jennifer L. Schancupp

JLS:bm
cc: Paul J. Dorsi, Esq., via fax 932-5967

I:\Client A-B\Allingtown Fire District\Massaro P\Correspondence\Torre 020706.wpd

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PETER MASSARO | \* | CIVIL ACTION NO. |
| | \* | 3:03 CV 0136 (EBB) |
| PLAINTIFF | | |
| VS. | \* | |
| ALLINGTOWN FIRE DISTRICT, ET AL. | \* | FEBRUARY 7, 2006 |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' PROPOSED VOIRE DIRE**

1. Are you, any member of your family or any of your close friends involved in fire fighting, police work or emergency medical assistance work?

    If so, please specify the relationship, the nature of the work performed, and the types of experiences you, family members or close friends have had with management.

2. What are your views of fire fighters?

3. Will you be able to treat both sides fairly despite the fact that this case involves claims by a lieutenant in the fire department against the fire district that employs him?

4. Do you, any member of your family or any of your close friends serve on any local town or city government body or commission?

    If so, please specify the type of board or commission served on and the dates of service.

5. Would you be inclined to give greater weight or less weight to what an elected official or appointed official says simply because he holds elective or appointed office?

6. Does the fact that the plaintiff's claim is against members of a local board of commission cause you any concern regarding your ability to be fair and impartial to both sides?

7. Do you, any of your family members or close friends reside in the City of West Haven?

8. Do you, any of your family members or close friends reside in the Allingtown Fire District in

       West Haven?

9. Have you developed any feelings or opinions one way or the other on the manner in which fire services are delivered in the Town of West Haven?

10. Have you developed any feelings or opinions one way or the other on the manner in which fire services are delivered in the Allingtown Fire District?

11. The claims made in this case, i.e,.., that an employee of the fire department alleges that racial discrimination played a role in the selection of the Fire Chief of the Allingtown Fire District in June, 2001, received extensive coverage in the local press and news media, including the New Haven Register and WTNH. Have you read any of the news reports or viewed any of the television coverage?

       If so, has this affected your views on the case?

       If so, do you believe that you are pre disposed to favor one side over the other in this case?

12. Do you feel that you have ever been discriminated against in the workplace? If so, please explain.

13. Do you have any family members or close friends who have ever been discriminated against in the workplace? If so, please explain.

14. What are your feelings or opinions about workplace discrimination?

15. Do you consider yourself to be a member of a minority group?

16. Have you or your family or close friends ever benefitted from or been adversely affected by an affirmative action program? If so, please explain.

17. What are your thoughts or feelings about affirmative action programs?

18. Would you give greater weight to the statements of an employer simply because he is the employer?

2

19. Would you tend to give greater weight to the statements of the employee simply because he is the employee?

20. Have you or your family or friends been the victims of any racial of ethnic jokes, slurs or insults at the workplace? If so, please explain.

21. What are your feelings about racial or ethnic jokes, slurs or insults at the workplace?

THE PLAINTIFFS

_____
Karen Lee Torre
Federal Bar no. ct01707
LAW OFFICES OF KAREN LEE TORRE
51 ELM ST., NEW HAVEN, CT, SUITE 307
NEW HAVEN, CT 06510
Tel: (203) 865-5541
Fax: (203) 865-4844
E-mail: ktorre@choiceonemail.com

THE DEFENDANTS,

_____
Jennifer L. Schancupp
Federal Bar No. ct 11876
Susman, Duffy & Segaloff, PC
55 Whitney Avenue, PO Box 1684
New Haven, CT 06507
Telephone No. 203-624-9830
Facsimile No. 203-562-8430
E-mail: jschancupp@susmanduffy.com

3

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, first class mail, postage prepaid to:

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, PC
415 Main Street
West Haven, CT 06516

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven, CT 06511

_____
Jennifer L. Schancupp

I:\Client A-B\Allingtown Fire District\Massaro P\Trial\proposed voir dire.wpd

4

```
***************************
***   MULTI TX/RX REPORT   ***
***************************
```

| | |
|---|---|
| TX/RX NO | 3740 |
| PGS. | 6 |
| TX/RX INCOMPLETE | ----- |
| TRANSACTION OK | (1) 8654844 |
| | (2) 9325967 |
| ERROR INFORMATION | ----- |

# Susman, Duffy & Segaloff, P.C.

Michael Susman
James H. Segaloff
Joseph E. Faughnan
Laura M. Sklaver
James J. Perito
Matthew C. Susman
Thomas E. Katon
Peter G. Kruzynski

Jennifer L. Schancupp
Karen Baldwin Kravetz
Stephanie S. Baier
Jesse A. Langer
Meghan K. Gallagher

Attorneys at Law
55 Whitney Avenue
New Haven, Connecticut 06510-1300

Please Reply To:
P.O. Box 1684
New Haven, Connecticut 06507-1684

(203) 624-9830

Facsimile (203) 562-8430

Allen H. Duffy
(1931-1986)

Of Counsel

DAVID P. HAMBLETON

## FACSIMILE TRANSMITTAL SHEET

TO: Karen Torre

FAX NO.: 865-4844

RE: Allingtown Fire District / Peter Massaro

DATE: 2/7/06    TIME: _____

FROM: Jennifer Schancupp

NUMBER OF PAGES (INCLUDING COVER SHEET): 6

CC: Paul Dorsi    FAX NO.: 932 5967

PLEASE CALL Betsy AT (203) 624-9830 IF YOU HAVE ANY QUESTIONS OR PROBLEMS RECEIVING THIS TRANSMISSION.

MEMORANDUM: _____

THE INFORMATION CONTAINED IN THIS COMMUNICATION
IS CONFIDENTIAL, MAY BE ATTORNEY/CLIENT PRIVILEGED

# Susman, Duffy & Segaloff, P.C.

Michael Susman
James H. Segaloff
Joseph E. Faughnan
Laura M. Sklaver
James J. Perito
Matthew C. Susman
Thomas E. Katon
Peter G. Kruzynski

Jennifer L. Schancupp
Karen Baldwin Kravetz
Stephanie S. Baier
Jesse A. Langer
Meghan K. Gallagher

Attorneys at Law
55 Whitney Avenue
New Haven, Connecticut 06510-1300

Please Reply To:
P.O. Box 1684
New Haven, Connecticut 06507-1684

(203) 624-9830

Facsimile (203) 562-8430

Allen H. Duffy
(1931-1986)

Of Counsel

DAVID P. HAMBLETON

## FACSIMILE TRANSMITTAL SHEET

TO: Karen Torre
FAX NO.: 865-4844
RE: Allingtown Fire District / Peter Massaro
DATE: 2/7/06   TIME:
FROM: Jennifer Schancupp
NUMBER OF PAGES (INCLUDING COVER SHEET): 6
CC: Paul Dorsi   FAX NO.: 932-5967
PLEASE CALL Betsy AT (203) 624-9830 IF YOU HAVE ANY QUESTIONS OR PROBLEMS RECEIVING THIS TRANSMISSION.
MEMORANDUM:

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY/CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE TELEPHONE NUMBER.

## SUSMAN, DUFFY & SEGALOFF, P.C.

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
PETER G. KRUZYNSKI

JENNIFER L. SCHANCUPP
KAREN BALDWIN KRAVETZ
STEPHANIE S. BAIER
JESSE A. LANGER
MEGHAN K. GALLAGHER

ATTORNEYS AT LAW
55 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510-1300

PLEASE REPLY TO:
P.O. BOX 1684
NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

writer's e-mail address: jschancupp@susmanduffy.com

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

February 7, 2006

**Via Facsimile 865-4844**

Karen Lee Torre, Esq.
51 Elm Street
New Haven, CT 06510

Re: <u>Allingtown Fire District / Peter Massaro</u>

Dear Karen:

Enclosed please find a draft of the joint trial memo due in the above referenced case. I forwarded a draft of the proposed voir dire under separate cover. I will forward the proposed jury instructions later. Please review and advise. If you would like the document emailed to you so that you may work in it directly, please call my secretary, Betsy McCurry.

Very truly yours,

Jennifer L. Schancupp

JLS:bm
cc: Paul J. Dorsi, Esq., via fax 932-5967

F:\Client A-B\Allingtown Fire District\Massaro P\Correspondence\Torre 020706 b.wpd

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PETER MASSARO | \* | CIVIL ACTION NO. |
| | \* | 3:03 CV 0136 (EBB) |
| PLAINTIFF | | |
| VS. | \* | |
| ALLINGTOWN FIRE DISTRICT, ET AL. | \* | FEBRUARY  , 2006 |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT TRIAL MEMORANDUM

**1.   TRIAL COUNSEL**

Plaintiffs' Counsel: Karen Lee Torre, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, CT 06510.

Defendants' Counsel: Thomas E. Katon, Susman, Duffy & Segaloff, P.C., P.O. Box 1684, 55 Whitney Ave., New Haven, CT 06507.

**2.   JURISDICTION**

Federal question jurisdiction is asserted pursuant to Title VII, 42 U.S.C. § 2000e, et seq. and pursuant to 42 U.S.C. §§ 1981, 1983 and the Fourteenth Amendment of the United States Constitution. The Defendants contest jurisdiction and have addressed these matters in a Motion to Dismiss.

**3.   JURY/ NON-JURY**

This is a jury case.

**4.   NATURE OF CASE**

This is a reverse discrimination case arising out of the fact that the Allingtown Board of Fire Commissioners selected a candidate other than the Plaintiff for the position of Fire Chief in June, 2001. The Plaintiff is Caucasian. The successful candidate was African American.

**5.   STIPULATIONS OF FACT AND LAW**

1. The Plaintiff was first employed as a fire fighter in the Allingtown District on or about July 1, 1978.

2. The Plaintiff was promoted to the position of lieutenant in January, 1992.

3. On or about April, 10, 2001, the Plaintiff applied for the position of Fire Chief.

4. The Plaintiff's brother had held the position of Fire Chief until his retirement in _____, 2001.

5. The position of Fire Chief is not in the classified service of the Allingtown District.

6. In response to its advertisements for the position of Fire Chief, the Allingtown District received numerous. applications.

7. Of the applicants, approximately 20 applicants were interviewed.

8. Following the interviews, three finalists were selected for consideration.

9. The Plaintiff was among the candidates interviewed, but was not one of the three finalists.

10. The candidate selected for the position of Chief was one of the three finalists and was an experienced fire fighter.

11. The decision to hire the candidate selected was made by the Board of Commissioners of the Allingtown District.

6. **PLAINTIFF'S CONTENTIONS**


7. **DEFENDANTS' CONTENTIONS**

The Court lacks subject matter jurisdiction to determine the Plaintiff's claims. In addition, the Plaintiff's complaint fails to state a claim upon which relief can be granted. Furthermore, the selection process employed by the Defendant Board in selecting the candidate to fill the position of Fire Chief was proper and legal. The Defendant Board selected the candidate they believed most

suited for the job of Fire Chief based on a number of factors, including work experience, needs of the Fire District and the interview process.

**8.    LEGAL ISSUES**

Whether race was a motivating or substantial factor in the employment decision of the Defendant Board not to select the Plaintiff as one of the three finalists for the position of Fire Chief for the Allingtown District or as the finalist?

Whether the Defendant Board would have made the same decision in regards to the Plaintiff regardless of his race?

**9.    VOIR DIRE QUESTIONS**

Attached.

**10.    LIST OF WITNESSES**

**PLAINTIFF'S WITNESSES**

**DEFENDANTS' WITNESSES**

Calvin DeLoatch, former Commissioner of the Board of the Allingtown Fire District: Mr. DeLoatch is expected to testify concerning his role as a Commissioner, his role regarding the selection process employed by the Allingtown Fire District in hiring a Fire Chief in June, 2001 and its decisions regarding the applicants.

Aaron Haley former Commissioner of the Board of the Allingtown Fire District: Mr. Haley is expected to testify concerning his role as a Commissioner, his role regarding the selection process employed by the Allingtown Fire District in hiring a Fire Chief in June, 2001 and its decisions regarding the applicants.

Debra Brooks, Secretary to the Board of Commissioners of the Allingtown District. Ms. Brooks is expected to testify concerning her duties as Secretary and her involvement in the Board's

3

hiring of a Fire Chief in June, 2001.

Elmer Henderson, former Fire Chief of the Allingtown District. Mr. Henderson is expected to testify concerning his experience in fire fighting and the process employed in his selection as Fire Chief in June, 2001.

William Abbott, one of the three finalists for the Fire Chief position in June, 2001. Mr. Abbot is expected to testify concerning his experience in applying for the job of Fire Chief for the Allingtown Fire District, in June, 2001.

Victor Sampietro, Deputy Fire Chief of the Allingtown District and one of the three finalists for the Fire Chief position in June, 2001. Mr. Sampietro is expected to testify concerning his experience in applying for the job of Fire Chief for the Allingtown Fire District, in June, 2001.

**11.    EXHIBITS**

    **PLAINTIFF'S EXHIBITS**

    **DEFENDANTS' EXHIBITS**

1. Personnel file of the Plaintiff with Allingtown Fire District.

2. Personnel file of the Plaintiff with AMR.

3. Income tax records of the Plaintiff from 2001-present.

4. Newspaper advertisements for the position of Fire Chief, Allingtown District which ran in March and April, 2001.

5. The Agenda and Meeting Minutes (with redactions, as appropriate) of the Allingtown Fire District from February, 2001 to July, 2001.

6. The Rules and Regulations of the Allingtown Fire District dated March 15, 1977.

7. 1939 Special Act no. 39-124.

8. Applicable portions of the Charter of the City of West Haven.

      9. Employment Agreement between Elmer Henderson and the Allingtown District dated June 6, 2001.

      10. Applications of the candidates interviewed for the job of Fire Chief.

      11. Notes from the interviews of candidates for the position of Fire Chief.

### 12. DEPOSITION TESTIMONY

It is not anticipated that any witness will testify via deposition.

### 13. JURY INSTRUCTIONS

Attached

### 14. ANTICIPATED EVIDENTIARY PROBLEMS

The Defendant anticipates an evidentiary problem concerning irrelevant and prejudicial matters, namely, collateral proceedings at or about the time of the selection of a Fire Chief regarding the impeachment of John Samperi, a former Commissioner of the Allingtown District. A supporting memoranda will be submitted.

### 15. TRIAL TIME

It is estimated that 1 week will be needed for trial.

### 16. FURTHER PROCEEDINGS

The Defendant anticipates further proceedings regarding its Motion to Dismiss.

### 17. ELECTION FOR TRIAL BY MAGISTRATE

The Parties have not elected to have this matter heard by a Magistrate Judge.

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

THE PLAINTIFFS

_____
Karen Lee Torre
Federal Bar no. ct01707
LAW OFFICES OF KAREN LEE TORRE
51 ELM ST., NEW HAVEN, CT, SUITE 307
NEW HAVEN, CT 06510
Tel: (203) 865-5541
Fax: (203) 865-4844
E-mail:ktorre@choiceonemail.com

THE DEFENDANTS,

BY: _____
Jennifer L. Schancupp
Federal Bar No. ct 11876
Susman, Duffy & Segaloff, PC
55 Whitney Avenue, PO Box 1684
New Haven, CT 06507
Telephone No. 203-624-9830
Facsimile No. 203-562-8430
E-mail: jschancupp@susmanduffy.com

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed this date, first class mail, postage prepaid to:

Karen Lee Torre, Esq.
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, PC
415 Main Street
West Haven, CT 06516

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven, CT 06511

                                                                     Jennifer L. Schancupp

I:\Client A-B\Allingtown Fire District\Massaro P\Trial\draft joint trial memo.wpd

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

# Susman, Duffy & Segaloff, P.C.

Michael Susman
James H. Segaloff
Joseph E. Faughnan
Laura M. Sklaver
James J. Perito
Matthew C. Susman
Thomas E. Katon
Peter G. Kruzynski

Jennifer L. Schancupp
Karen Baldwin Kravetz
Stephanie S. Baier
Jesse A. Langer
Meghan K. Gallagher

Attorneys at Law
55 Whitney Avenue
New Haven, Connecticut 06510-1300

Please Reply To:
P.O. Box 1684
New Haven, Connecticut 06507-1684

(203) 624-9830

Facsimile (203) 562-8430

Allen H. Duffy
(1931-1986)

Of Counsel

DAVID P. HAMBLETON

## FACSIMILE TRANSMITTAL SHEET

TO: Karen Torre

FAX NO.: 865-4844

RE: Allingtown Fire District / Peter Massaro

DATE: 2/7/06     TIME:

FROM: Jennifer Schancupp

NUMBER OF PAGES (INCLUDING COVER SHEET): 9

CC: Paul Dorsi     FAX NO.: 932-5967

PLEASE CALL Betsy AT (203) 624-9830 IF YOU HAVE ANY QUESTIONS OR PROBLEMS RECEIVING THIS TRANSMISSION.

MEMORANDUM:

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY/CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE TELEPHONE NUMBER.

```
*****************************
***   MULTI TX/RX REPORT   ***
*****************************

TX/RX NO              3742
PGS.                  9
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)   8654844
                      (2)   9325967
ERROR INFORMATION     -----
```

# Susman, Duffy & Segaloff, P.C.

Michael Susman
James H. Segaloff
Joseph E. Faughnan
Laura M. Sklaver
James J. Perito
Matthew C. Susman
Thomas E. Katon
Peter G. Kruzynski

Jennifer L. Schancupp
Karen Baldwin Kravetz
Stephanie S. Baier
Jesse A. Langer
Meghan K. Gallagher

Attorneys at Law
55 Whitney Avenue
New Haven, Connecticut 06510-1300

Please Reply To:
P.O. Box 1684
New Haven, Connecticut 06507-1684

(203) 624-9830

Facsimile (203) 562-8430

Allen H. Duffy
(1931-1986)

Of Counsel

DAVID P. HAMBLETON

## FACSIMILE TRANSMITTAL SHEET

TO: Karen Torre

FAX NO.: 865-4844

RE: Allingtown Fire District / Peter Massaro

DATE: 2/7/06    TIME:

FROM: Jennifer Schancupp

NUMBER OF PAGES (INCLUDING COVER SHEET): 9

CC: Paul Dorsi    FAX NO.: 932-5967

PLEASE CALL Beby AT (203) 624-9830 IF YOU HAVE ANY QUESTIONS OR PROBLEMS RECEIVING THIS TRANSMISSION.

MEMORANDUM:

THE INFORMATION CONTAINED IN THIS COMMUNICATION

# Betsy McCurry

| | |
|---|---|
| **From:** | Betsy McCurry |
| **Sent:** | Tuesday, February 07, 2006 4:35 PM |
| **To:** | 'ktorre@choiceonemail.com' |
| **Cc:** | Jennifer Schancupp |
| **Subject:** | Joint Trial Memorandum |

Karen,

Per the request of David of your office, attached please find the Joint Trial Memorandum in Wordperfect format.

Betsy McCurry
Secretary to Jennifer Schancupp



draft joint trial
memo.wpd

1