UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PETER MASSARO | \* | CIVIL ACTION NO. |
| | \* | 3:03 CV 0136 (EBB) |
| PLAINTIFF | | |
| VS. | \* | |
| ALLINGTOWN FIRE DISTRICT, ET AL. | \* | FEBRUARY   , 2006 |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT TRIAL MEMORANDUM

**1.   TRIAL COUNSEL**

<u>Plaintiffs' Counsel</u>: Karen Lee Torre, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, CT 06510.

<u>Defendants' Counsel</u>: Thomas E. Katon, Susman, Duffy & Segaloff, P.C., P.O. Box 1684, 55 Whitney Ave., New Haven, CT 06507.

**2.   JURISDICTION**

Federal question jurisdiction is asserted pursuant to Title VII, 42 U.S.C. § 2000e, <u>et seq</u>. and pursuant to 42 U.S.C. §§ 1981, 1983 and the Fourteenth Amendment of the United States Constitution. The Defendants contest jurisdiction and have addressed these matters in a Motion to Dismiss.

**3.   JURY/ NON-JURY**

This is a jury case.

**4.   NATURE OF CASE**

This is a reverse discrimination case arising out of the fact that the Allingtown Board of Fire Commissioners selected a candidate other than the Plaintiff for the position of Fire Chief in June, 2001. The Plaintiff is Caucasian. The successful candidate was African American.

**5.   STIPULATIONS OF FACT AND LAW**

    1. The Plaintiff was first employed as a fire fighter in the Allingtown District on or about July 1, 1978.

    2. The Plaintiff was promoted to the position of lieutenant in January, 1992.

    3. On or about April, 10, 2001, the Plaintiff applied for the position of Fire Chief.

    4. The Plaintiff's brother had held the position of Fire Chief until his retirement in _____, 2001.

    5. The position of Fire Chief is not in the classified service of the Allingtown District.

    6. In response to its advertisements for the position of Fire Chief, the Allingtown District received numerous. applications.

    7. Of the applicants, approximately 20 applicants were interviewed.

    8. Following the interviews, three finalists were selected for consideration.

    9. The Plaintiff was among the candidates interviewed, but was not one of the three finalists.

    10. The candidate selected for the position of Chief was one of the three finalists and was an experienced fire fighter.

    11. The decision to hire the candidate selected was made by the Board of Commissioners of the Allingtown District.

**6.**    **PLAINTIFF'S CONTENTIONS**

**7.**    **DEFENDANTS' CONTENTIONS**

    The Court lacks subject matter jurisdiction to determine the Plaintiff's claims. In addition, the Plaintiff's complaint fails to state a claim upon which relief can be granted. Furthermore, the selection process employed by the Defendant Board in selecting the candidate to fill the position of Fire Chief was proper and legal. The Defendant Board selected the candidate they believed most

2

suited for the job of Fire Chief based on a number of factors, including work experience, needs of the Fire District and the interview process.

**8.    LEGAL ISSUES**

Whether race was a motivating or substantial factor in the employment decision of the Defendant Board not to select the Plaintiff as one of the three finalists for the position of Fire Chief for the Allingtown District or as the finalist?

Whether the Defendant Board would have made the same decision in regards to the Plaintiff regardless of his race?

**9.    VOIR DIRE QUESTIONS**

Attached.

**10.    LIST OF WITNESSES**

**PLAINTIFF'S WITNESSES**

**DEFENDANTS' WITNESSES**

Calvin DeLoatch, former Commissioner of the Board of the Allingtown Fire District: Mr. DeLoatch is expected to testify concerning his role as a Commissioner, his role regarding the selection process employed by the Allingtown Fire District in hiring a Fire Chief in June, 2001 and its decisions regarding the applicants.

Aaron Haley former Commissioner of the Board of the Allingtown Fire District: Mr. Haley is expected to testify concerning his role as a Commissioner, his role regarding the selection process employed by the Allingtown Fire District in hiring a Fire Chief in June, 2001 and its decisions regarding the applicants.

Debra Brooks, Secretary to the Board of Commissioners of the Allingtown District. Ms. Brooks is expected to testify concerning her duties as Secretary and her involvement in the Board's

3

hiring of a Fire Chief in June, 2001.

<u>Elmer Henderson</u>, former Fire Chief of the Allingtown District. Mr. Henderson is expected to testify concerning his experience in fire fighting and the process employed in his selection as Fire Chief in June, 2001.

<u>William Abbott,</u> one of the three finalists for the Fire Chief position in June, 2001. Mr. Abbot is expected to testify concerning his experience in applying for the job of Fire Chief for the Allingtown Fire District, in June, 2001.

<u>Victor Sampietro</u>, Deputy Fire Chief of the Allingtown District and one of the three finalists for the Fire Chief position in June, 2001. Mr. Sampietro is expected to testify concerning his experience in applying for the job of Fire Chief for the Allingtown Fire District, in June, 2001.

**11.    EXHIBITS**

   **PLAINTIFF'S EXHIBITS**

   **DEFENDANTS' EXHIBITS**

   1. Personnel file of the Plaintiff with Allingtown Fire District.

   2. Personnel file of the Plaintiff with AMR.

   3. Income tax records of the Plaintiff from 2001-present.

   4. Newspaper advertisements for the position of Fire Chief, Allingtown District which ran in March and April, 2001.

   5. The Agenda and Meeting Minutes (with redactions, as appropriate) of the Allingtown Fire District from February, 2001 to July, 2001.

   6. The Rules and Regulations of the Allingtown Fire District dated March 15, 1977.

   7. 1939 Special Act no. 39-124.

   8. Applicable portions of the Charter of the City of West Haven.

      9. Employment Agreement between Elmer Henderson and the Allingtown District dated June 6, 2001.

      10. Applications of the candidates interviewed for the job of Fire Chief.

      11. Notes from the interviews of candidates for the position of Fire Chief.

### 12. DEPOSITION TESTIMONY

It is not anticipated that any witness will testify via deposition.

### 13. JURY INSTRUCTIONS

Attached

### 14. ANTICIPATED EVIDENTIARY PROBLEMS

The Defendant anticipates an evidentiary problem concerning irrelevant and prejudicial matters, namely, collateral proceedings at or about the time of the selection of a Fire Chief regarding the impeachment of John Samperi, a former Commissioner of the Allingtown District. A supporting memoranda will be submitted.

### 15. TRIAL TIME

It is estimated that 1 week will be needed for trial.

### 16. FURTHER PROCEEDINGS

The Defendant anticipates further proceedings regarding its Motion to Dismiss.

### 17. ELECTION FOR TRIAL BY MAGISTRATE

The Parties have not elected to have this matter heard by a Magistrate Judge.

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

THE PLAINTIFFS

---

Karen Lee Torre
Federal Bar no. ct01707
LAW OFFICES OF KAREN LEE TORRE
51 ELM ST., NEW HAVEN, CT, SUITE 307
NEW HAVEN, CT 06510
Tel: (203) 865-5541
Fax: (203) 865-4844
E-mail:ktorre@choiceonemail.com

THE DEFENDANTS,

BY: _____
Jennifer L. Schancupp
Federal Bar No. ct 11876
Susman, Duffy & Segaloff, PC
55 Whitney Avenue, PO Box 1684
New Haven, CT 06507
Telephone No. 203-624-9830
Facsimile No. 203-562-8430
E-mail: jschancupp@susmanduffy.com

6

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, first class mail, postage prepaid to:

Karen Lee Torre, Esq.
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Donahue, Votto & DeGennaro, PC
415 Main Street
West Haven, CT 06516

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven, CT 06511

_____
Jennifer L. Schancupp

C:\Documents and Settings\betsym\Local Settings\Temporary Internet Files\OLK42\draft joint trial memo.wpd

7

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN,CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505