SUSMAN, DUFFY & SEGALOFF, P.C.

ATTORNEYS AT LAW

55 WHITNEY AVENUE

NEW HAVEN, CONNECTICUT 06510-1300

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
PETER G. KRUZYNSKI

JENNIFER L. SCHANCUPP
KAREN BALDWIN KRAVETZ
STEPHANIE S. BAIER
JESSE A. LANGER
MEGHAN K. GALLAGHER

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

PLEASE REPLY TO:

P.O. BOX 1684

NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

writer's e-mail address: jschancupp@susmanduffy.com

March 21, 2006

**Via Facsimile 865-4844**

Karen Lee Torre, Esq.
51 Elm Street
New Haven, CT 06510

Re: <u>Allingtown Fire District / Peter Massaro</u>

Dear Karen:

Earlier today, I left you a detailed voice mail message requesting that you call me to discuss this matter. As I have not yet heard from you, I write to reiterate that the Defendants in this matter are desirous of further discussing settlement. As the issue of Plaintiff's legal fees has some bearing on settlement discussions, the Defendants would like to take this matter up as quickly as possible so as to avoid further legal fees incurred by the Plaintiff. In light of the current deadline for your reply memorandum to the motion to dismiss and the upcoming trial date, I would propose a conference call with Judge Burns.

I will not be in the office on Wednesday, but will call in for messages.

If I do not hear from you, I will assume that you are not interested in pursuing settlement.

Very truly yours,

Jennifer L. Schancupp

JLS:jls
cc: Paul J. Dorsi, Esq., via fax 932-5967

I:\Client A-B\Allingtown Fire District\Massaro P\Correspondence\Torre 032106.wpd

**EXHIBIT 2**

*Allingtown / Massaw*

# LAW OFFICES OF KAREN LEE TORRE
51 ELM STREET, SUITE 307
NEW HAVEN, CT  06510

Phone # (203) 865-5541                    FAX # (203) 865-4844


## FACSIMILE COVER SHEET


Date:        March 22, 2006

To:          Jennifer Shancupp

Re:          Massaro v. Allingtown

Fax #:       562-8430

From:        Karen Lee Torre

Total number of pages excluding this cover page:  0

I received your letter today indicating your renewed interest in settlement.  Your statment that you wish to discuss settlement before plaintiff incurs more fees in connection with opposing your Motion to Dismiss is belated, to say the least as I have already invested a lot of time in connection with my preparation of the opposition which I intend to file tomorrow or the day after.  I have several other pressing obligations and deadlines to meet this week and thus cannot spend any time in negotiations with you this week.  But please feel free to call me on Monday and we can talk then.

---

## NOTICE

    This transmission is intended solely for the above addressee.  It contains PRIVILEGED and CONFIDENTIAL information which may not be disseminated in any manner.  If you have received this transmission in error, please contact me at the above number and we will make arrangements for the documents to be returned to us at no cost to you.

                    Thank you.