UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
(NEW HAVEN)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PETER MASSARO | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 3:03CV00136 (EBB) |
| | * | |
| VS. | * | |
| ALLINGTOWN FIRE DISTRICT, ET AL | * | MAY 18, 2006 |
| | * | |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO COMPEL THE DEPOSITION OF THE PLAINTIFF AND FOR RELATED FEES AND COSTS

Pursuant to Fed. R. Civ. P. 37 and Local Rule 37, Defendants in the above-entitled matter by their attorney move for an order compelling the Plaintiff's deposition. The Defendants further seek an order requiring the Plaintiff to pay the related expenses and fees incurred in prosecuting this motion and compelling the Plaintiff's deposition..

As set forth in the Affidavit attached hereto, counsel for the Defendants has contacted Attorney Torre and attempted to resolve this dispute in good faith. The parties have been unable to resolve this dispute absent court intervention.

THE DEFENDANTS

/s/ Jennifer L. Schancupp
Jennifer L. Schancupp
Federal Bar no: ct 11876
SUSMAN, DUFFY & SEGALOFF, P.C.
55 WHITNEY AVENUE
P.O. BOX 1684
NEW HAVEN, CT 06507
(203) 624-9830

ORAL ARGUMENT REQUESTED

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Paul J. Dorsi, Esq.
Donahue, Votto and DeGennaro PC
415 Main Street
West Haven, CT 06516

                _____
                Jennifer L. Schancupp

I:\Client A-B\Allingtown Fire District\Massaro P\Pleadings\Motion to Compel Deposition of Plaintiff 05 11 06.wpd

2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PETER MASSARO | \* | CIVIL ACTION NO. |
| PLAINTIFF | \* | 3:03CV00136 (EBB) |
| | \* | |
| VS. | \* | |
| ALLINGTOWN FIRE DISTRICT, ET AL | \* | MAY 18, 2006 |
| | \* | |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

I, Jennifer L. Schancupp, being duly sworn and cautioned, hereby depose and say:

1. I am an attorney at Susman, Duffy & Segaloff, P.C., counsel for the Defendants in the above-captioned matter.

2. I have contacted the Plaintiff's attorney, Karen Lee Torre, on numerous occasions, requesting a date for the Plaintiff's deposition. Most recently, Attorney Torre indicated that she would not permit the Plaintiff to be deposed because the discovery period in this matter had closed.

3. Attorney Torre and I (along with other counsel for the Defendants) participated in a telephonic status conference with Judge Underhill on this matter on July 29, 2005. During this conference, the fact that discovery had not been completed and the need to set further deadlines was discussed. Judge Underhill did not enter a formal order extending the deadlines but stated words to the effect of " just get it done."

4. I have contacted Attorney Torre in an effort in good faith to resolve this matter absent court intervention. I have been unable to resolve this matter by agreement.

5. I have spent 8.7 hours of time in preparing the motion to compel, the memorandum in support thereof, the affidavit and correspondence related thereto. My hourly fee is $155.00.

_____
Jennifer L. Schancupp

Subscribed and sworn to before me this _18th_ day of May, 2006

_____
Notary Public
My Commission Expires: _11-30-2010_