UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PETER MASSARO

   v.                                                    3:03cv136(EBB)

ALLINGTOWN FIRE DISTRICT,
AARON M. HALEY,
CALVIN M. DELOATCH,
ALLINGTOWN BOARD OF FIRE
COMMISSIONERS

## JUDGMENT

     Notice having been sent to counsel of record on July 7, 2006, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before July 27, 2006.

     No closing papers having been received and no requests for continuance having been received, it is hereby,

     ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

     Dated at New Haven, Connecticut, this 16th day of August, 2006.

                                                      KEVIN F. ROWE, Clerk

                                                      By
                                                            Melissa Ruocco
                                                           Deputy Clerk

EOD: _____